1  MONTY AGARWAL (No.191568)
   monty.agarwal@aporter.com
2  SARAH J. GIVAN (No. 238301)
   sarah.givan@aporter.com
3  ARNOLD & PORTER LLP
   Three Embarcadero Center, 7th Floor
4  San Francisco, California 94111-4024
   Telephone:    415/471-3100
5  Facsimile:    415/471-3400

6  Attorneys for Plaintiff
   MADISON VINEYARD HOLDINGS, LLC
7

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

12 | MADISON VINEYARD HOLDINGS, LLC,   | No. 12-cv-04232-CRB
13 |          Plaintiff,               | **STIPULATED REQUEST AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE**
14 |     v.                            |
15 | A.V.V. WINERY CO., LLC,           |
16 |          Defendant.               |

WHEREAS, a case management conference before Judge Charles R. Breyer is currently scheduled for Friday, October 26, 2012, at 8:30 a.m., in Courtroom 6, 17th floor, 450 Golden Gate, Avenue, San Francisco, California;

WHEREAS, Plaintiff Madison Vineyard Holdings, LLC and Defendant A.V.V. Winery Co., LLC have engaged in settlement discussions, and expect a settlement to be finalized shortly;

WHEREAS, in light of this expected settlement, the parties wish to avoid wasting the Court's resources by holding a case management conference at this time, and instead request that the conference be rescheduled for early December in order to give the parties time to finalize settlement and effectuate dismissal of this lawsuit;

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that, if the Court approves, the current case management conference shall be rescheduled for December 7, 2012, at 8:30 a.m. in Courtroom 6, 17th floor, 450 Golden Gate, Avenue, San Francisco, California.

DATED: October 17, 2012.                MONTY AGARWAL
                                        SARAH J. GIVAN
                                        ARNOLD & PORTER LLP


                                        By: /s/ *Sarah J. Givan*
                                            SARAH J. GIVAN

                                        Attorneys for Plaintiff
                                        MADISON VINEYARD HOLDINGS, LLC

DATED: October 17, 2012.                DANIELE L. MARAVIGLIA
                                        PASSALACQUA, MAZZONI, GLADDEN, LOPEZ
                                            & MARAVIGLIA, LLP


                                        By: /s/ *Daniele L. Maraviglia*
                                            DANIELE L. MARAVIGLIA

                                        Attorneys for Defendant
                                        A.V.V. WINERY CO., LLC

### ATTESTATION UNDER GENERAL ORDER 45

I, Sarah J. Givan, am the ECF User whose ID and password are being used to file this

STIP AND [PROPOSED] ORDER RE CMC                                              12-04232-CRB

- 1 -

1  **STIPULATED REQUEST AND [PROPOSED] ORDER RESCHEDULING CASE
2  MANAGEMENT CONFERENCE**.  In compliance with General Order 45, X.B., I hereby attest
3  that all the signatories above have concurred in this filing.

4
5                           /s/ *Sarah J. Givan*
                            SARAH J. GIVAN

6
7                                  **ORDER**
8       Pursuant to stipulation, IT IS SO ORDERED.
9  DATED: _____October 19__, 2012.

                            _____
                            THE HONORABLE CHARLES R. BREYER
                            Judge, United States District Court

*IT IS SO ORDERED*
*Judge Charles R. Breyer*