MONTY AGARWAL (No.191568)
monty.agarwal@aporter.com
SARAH J. GIVAN (No. 238301)
sarah.givan@aporter.com
ARNOLD & PORTER LLP
Three Embarcadero Center, 7th Floor
San Francisco, California  94111-4024
Telephone:    415/471-3100
Facsimile:    415/471-3400

Attorneys for Plaintiff
MADISON VINEYARD HOLDINGS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MADISON VINEYARD HOLDINGS, LLC, | No. 12-cv-04232-CRB |
| Plaintiff, | **STIPULATED REQUEST AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE** |
| v. | |
| A.V.V. WINERY CO., LLC, | |
| Defendant. | |

| | |
|---|---|
| 1 | WHEREAS, a case management conference before Judge Charles R. Breyer is currently scheduled for Friday, October 26, 2012, at 8:30 a.m., in Courtroom 6, 17th floor, 450 Golden Gate, Avenue, San Francisco, California; |

WHEREAS, a case management conference before Judge Charles R. Breyer is currently scheduled for Friday, October 26, 2012, at 8:30 a.m., in Courtroom 6, 17th floor, 450 Golden Gate, Avenue, San Francisco, California;

WHEREAS, Plaintiff Madison Vineyard Holdings, LLC and Defendant A.V.V. Winery Co., LLC have engaged in settlement discussions, and expect a settlement to be finalized shortly;

WHEREAS, in light of this expected settlement, the parties wish to avoid wasting the Court's resources by holding a case management conference at this time, and instead request that the conference be rescheduled for early December in order to give the parties time to finalize settlement and effectuate dismissal of this lawsuit;

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that, if the Court approves, the current case management conference shall be rescheduled for December 7, 2012, at 8:30 a.m. in Courtroom 6, 17th floor, 450 Golden Gate, Avenue, San Francisco, California.

DATED: October 17, 2012.　　　　　　MONTY AGARWAL
　　　　　　　　　　　　　　　　　　SARAH J. GIVAN
　　　　　　　　　　　　　　　　　　ARNOLD & PORTER LLP

　　　　　　　　　　　　　　　　　　By: /s/ *Sarah J. Givan*
　　　　　　　　　　　　　　　　　　　　　SARAH J. GIVAN

　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　MADISON VINEYARD HOLDINGS, LLC

DATED: October 17, 2012.　　　　　　DANIELE L. MARAVIGLIA
　　　　　　　　　　　　　　　　　　PASSALACQUA, MAZZONI, GLADDEN, LOPEZ
　　　　　　　　　　　　　　　　　　　　& MARAVIGLIA, LLP

　　　　　　　　　　　　　　　　　　By: /s/ *Daniele L. Maraviglia*
　　　　　　　　　　　　　　　　　　　　　DANIELE L. MARAVIGLIA

　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　A.V.V. WINERY CO., LLC

## ATTESTATION UNDER GENERAL ORDER 45

I, Sarah J. Givan, am the ECF User whose ID and password are being used to file this

1  **STIPULATED REQUEST AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE.** In compliance with General Order 45, X.B., I hereby attest that all the signatories above have concurred in this filing.

/s/ *Sarah J. Givan*
SARAH J. GIVAN

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

DATED: October 19, 2012.

THE HONORABLE CHARLES R. BREYER
Judge, United States District Court

IT IS SO ORDERED
Judge Charles R. Breyer